Elizabeth Seidlin-Bernstein
Noah Robbins (*pro hac vice* forthcoming)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
215.665.8500
seidline@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
GET JET MUSIC, INC., PERREN VIBES MUSIC, INC., BENJAMIN BERGER PUBLISHING, and W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP.,

          Plaintiffs,

 v.

FIVE DIMES BREWERY LLC and CHRISTOPHER ALEPA,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 25-cv-16626

**COMPLAINT**

Plaintiffs, by their undersigned attorneys, allege:

1. Plaintiff Get Jet Music, Inc. has a principal place of business located at 235 Park Avenue South, 9th Floor, New York, New York 10003. Plaintiff Perren-Vibes Music, Inc. has a principal place of business located at 2100 Colorado Avenue, Santa Monica, California 90404. Plaintiff Benjamin Berger Publishing has a principal place of business located 3130 Wilshire Boulevard, Suite 600, Santa Monica, California 90403. W Chappell Music Corp. d/b/a WC Music Corp. has a principal place of business located at 777 South Santa Fe, Los Angeles, California 90021. On information and belief, Defendant Five Dimes Brewery LLC has a

principal place of business located at 247 Westwood Avenue, Westwood, New Jersey 07675. On information and belief, Defendant Chris Alepa resides at 96 Washington Avenue, Westwood, New Jersey 07675.

2. This is a suit for copyright infringement under Title 17 of the United States Code.

3. This Court has jurisdiction pursuant to 28 U.S.C. § 1338(a), and venue in this District is proper pursuant to 28 U.S.C. § 1400(a).

4. Plaintiffs allege three (3) causes of action for copyright infringement based on the Defendants' public performances of Plaintiffs' copyrighted musical compositions. SCHEDULE A, annexed to the Complaint, sets forth in summary form the allegations hereinafter made with respect to the Plaintiffs, their copyrighted musical compositions, and Defendants' acts of infringement.

## THE PARTIES

5. The Plaintiffs named in Column 2[*] are the owners of the copyrights in the works listed in Column 3, and are properly joined in this complaint under Rule 20 of the Federal Rules of Civil Procedure.

6. On information and belief, defendant Five Dimes Brewery, LLC ("FDB") is a limited liability company organized under the laws of New Jersey.

7. At all times hereinafter mentioned FDB did, and still does, own, control, manage, operate, and maintain a place of business for public entertainment, accommodation, amusement, and refreshment known as Five Dimes Brewery, located at 247 Westwood Avenue, Westwood, New Jersey 07675.

8. Musical compositions were and are publicly performed at Five Dimes Brewery.

---

[*] All references to "columns" herein refer to the numbered columns set forth in SCHEDULE A.

9. On information and belief, defendant Christopher Alepa, ("Alepa" and, together with FDB, the "Defendants") is an individual who resides and/or does business in this District.

10. At all times hereinafter mentioned, Alepa was, and still is, an owner, officer, director, and/or member of FDB.

11. At all times hereinafter mentioned, Alepa was, and still is, responsible for the control, management, operation, and/or maintenance of the affairs of FDB.

12. At all times hereinafter mentioned, Defendants jointly had, and still have, the right and ability to supervise and control the activities that take place at Five Dimes Brewery, including the right and ability to supervise and control the public performance of musical compositions at Five Dimes Brewery.

13. Each Defendant derives a direct financial benefit from the public performance of musical compositions at Five Dimes Brewery.

### FACTS SPECIFIC TO DEFENDANTS' INFRINGEMENT OF PLAINTIFFS' COPYRIGHTED MUSICAL COMPOSITIONS

14. The Plaintiffs are all members of the American Society of Composers, Authors, and Publishers ("ASCAP"), a membership association that represents, licenses, and protects the public performance rights of its more than one million songwriter, composer, and music publisher members.

15. Each ASCAP member grants to ASCAP a non-exclusive right to license the performing rights in that member's copyrighted musical compositions. On behalf of its members, ASCAP licenses public performances of its members' musical works, collects license fees associated with those performances, and distributes royalties to its members, less ASCAP's operating expenses.

16. Since July 2022, ASCAP representatives have made numerous attempts to contact the Defendants, or their representatives, agents, or employees, to offer an ASCAP license for Five Dimes Brewery. ASCAP has contacted Defendants by telephone, by mail, and by e-mail.

17. Defendants have refused all of ASCAP's license offers for Five Dimes Brewery.

18. ASCAP's various communications gave Defendants notice that unlicensed performances of ASCAP's members' musical compositions at Five Dimes Brewery constitute copyright infringement of ASCAP's members' copyrights in their musical works.

19. Despite repeated reminders of their liability under the United States Copyright Law, Defendants have continued to perform publicly copyrighted musical compositions written and owned by ASCAP's members at Five Dimes Brewery, including the copyrighted works involved in this action, without permission, during the hours the establishment is open to the public for business and presenting musical entertainment.

20. The many unauthorized performances at Five Dimes Brewery include the three copyrighted musical compositions upon which this action is based.

21. The original musical compositions listed in Column 3 were created and written by the persons named in Column 4.

22. The original musical composition involved in cause of action two was registered as unpublished works on the dates state in Column 5, and since the date of registration, has been printed and published in conformity with Title 17 of the United States Code.

23. The original musical composition involved in cause of action one and three were published on the dates stated in Column 5, and since the date of publication have been printed and published in strict conformity with Title 17 of the United States Code.

24. The Plaintiffs named in each cause of action, including their predecessors in interest, if any, complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the copyright of each composition listed in Column 3, and received from the Register of Copyrights a Certificate of Registration, identified as set forth in Column 6.

25. Defendants, on the dates specified in Column 7, and upon information and belief, at other times prior and subsequent thereto, infringed the copyright in each composition named in Column 3 by giving public performances of the compositions at Five Dimes Brewery, for the entertainment and amusement of the patrons attending said premises, and Defendants threaten to continue such infringing performances.

26. The public performances at Five Dimes Brewery of the Plaintiffs' copyrighted musical compositions on the dates specified in Column 7 were unauthorized: neither Defendants, nor any of the Defendants' agents, servants or employees, nor any performer was licensed by, or otherwise received permission from any Plaintiff, or any agent, servant, or employee of any Plaintiff, to give such performances.

27. In the undertaking conduct complained of in this action, Defendants knowingly and intentionally violated plaintiffs' rights.

28. At the times of the acts of infringement complained of, the Plaintiff named in each cause of action was the owner of the copyright in the composition therein named.

29. The said wrongful acts of the Defendants have caused and are causing great injury to the Plaintiffs, which damage cannot be accurately computed, and unless this Court restrains the Defendants from the further commission of said acts, said Plaintiffs will suffer irreparable injury, for all of which the said Plaintiffs are without any adequate remedy at law.

WHEREFORE, Plaintiffs pray:

I.   That Defendants and all persons acting under the direction, control, permission, or authority of Defendants be enjoined and restrained permanently from publicly performing the aforementioned compositions—or any of them—and from causing or permitting the said compositions to be publicly performed at Five Dimes Brewery, or in any place owned, controlled, managed, maintained, or operated by Defendants, and/or from aiding or abetting the public performance of such compositions in any such place or otherwise.

II.   That Defendants be decreed to pay such statutory damages as to the Court shall appear just, as specified in 17 U.S.C. § 504(c)(1), namely, not more than Thirty Thousand Dollars ($30,000) nor less than Seven Hundred And Fifty Dollars ($750) in each cause of action herein.

III.   That Defendants be decreed to pay the costs of this action and that a reasonable attorney's fee be allowed as part of the costs.

IV.   For such other and further relief as may be just and equitable.

Dated: October 14, 2025                    Respectfully submitted,

BALLARD SPAHR LLP

By: /s/Elizabeth Seidlin-Bernstein
Elizabeth Seidlin-Bernstein
Noah Robbins (*pro hac vice* forthcoming)
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.665.8500
Fax: 215.864.8999
seidline@ballardspahr.com
robbinsn@ballardspahr.com

*Attorneys for Plaintiffs*

# Schedule A

Columns

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Cause of Action** | **Plaintiff** | **Musical Composition** | **Writers** | **Date of Publication** | **Certificate of Registration Number** | **Date of Known Infringement** |
| 1. | GET JET MUSIC, INC. | ARE YOU GONNA BE MY GIRL? | John Nicholas Cester<br><br>Cameron Thane Muncey | September 16, 2003 | PA 1-215-931 | June 28, 2025 |
| 2. | PERREN-VIBES MUSIC INC. | I WILL SURVIVE | Dino G. Fekaris<br><br>Frederick J. Perren | August 16, 1978 | PAu 47-934 | June 28, 2025 |
| 3. | BENJAMIN BERGER PUBLISHING<br><br>W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP. | SHUT UP AND DANCE | Benjamin H. Berger<br><br>Eli B. Maiman<br><br>Ryan McMahon<br><br>Nicholas W. Petricca<br><br>Kevin C. Ray<br><br>Sean B. Waugaman | December 2, 2014 | PA 1-962-818 | June 28, 2025 |