JOSEPH RUBIN (1927-1994)
KEITH H. ROTHMAN[1]
--------
KEITH J. GOLUB[1,2,8]
  Managing Attorney
  New Jersey

ADAM OLSHAN[1,3,4,5]
  Managing Attorney
  Connecticut and Massachusetts

[1]MEMBER NY BAR  [2]MEMBER NJ BAR
[3]MEMBER CT BAR  [4]MEMBER MA BAR
[5]MEMBER NH BAR  [6]MEMBER ME BAR
[7]MEMBER VT BAR  [8]MEMBER PA BAR
[9]MEMBER RI BAR

BUSINESS HOURS: MON-THURS 8:30AM-6:00PM
FRI: 8:30AM-5:00PM

# RUBIN & ROTHMAN, LLC

A LIMITED LIABILITY COMPANY FORMED IN THE STATE OF NY
ATTORNEYS AT LAW
1787 VETERANS HIGHWAY SUITE 32
P.O. BOX 9003
ISLANDIA, N.Y. 11749
TEL (631) 234-1500
FAX (631) 234-1138
TOLL-FREE (800) 298-6058
FOR RELAY SERVICE DIAL 711
NYC DCA LIC. 2110651

FRANK ROTHMAN[1]
DAVID ROTHMAN[1,2]
ADRIENNE CERVENKA[1,2]
ALISON WILAND[1]
ANDREW F. BREMS[1]
ANGELO L. SIRAGUSA[1]
BRIAN F. HOGENCAMP [1,3,4]
DAVID FLORIO[4, 5, 6]
EDWARD L. ZELMANOW [1,3,6,7]
ERIC S. PILLISCHER[1]
FRANCESCA N. MENDOLA[2]
GEORGE T. OSTROWSKI, JR.[1]
GINA MARIE PARO[4]
HOLLY R. NELEN[3,4]
JACQUELINE A. TIERNEY[1,2]
JARED DOCKSWELL[1, 2]
JESSICA ESSER[7]
JOHN OTT[4]
JONATHAN A. BARRETO[1]
JONATHAN PILLISCHER[1]
JOSEPH M. HALL [1,3,4,5,7,9]
JOSEPH LATONA[1]
JOSEPH C. RANALDO[1]
MEGAN A. CARNES[1,2,4]
MEGHNA KUMAR[1,2]
NICHOLAS DEENIS [2,8]
PATRICK WILCZAK[1]
PAUL KLEMM[1,2,8]
RICHARD A. TERRY[3]
SCOTT H. RUMPH[1]
SHERRI E. KADISH[4]
STEPHEN HOLBREICH[1]
SUBY MATHEW[1]
TARA RUBIN-FRANGIPANE[1,2]
TOBY J. RHINESMITH[3]
TRACY L. WEST[6]

November 13, 2025

Honorable Judge Evelyn Padin

RE: **Get jet Music, Inc., et al. v. Five Dimes Brewery, LLC**
    **Civil Action Number: 25-cv-16626**

Dear Judge Padin,

    The complaint in the above-referenced matter was filed on October 14, 2025. We have been in contact with opposing counsel and agreed to waive the service of the summons on Christopher Alepa. In kind, opposing counsel has granted an extension to Answer within sixty (60) days from October 31, 2025. We have already engaged with Plaintiff's counsel in settlement discussions in hopes of keeping attorneys' fees and costs to a minimum.

    We trust this short continuance will not affect the Court's scheduling of future discovery or hearing dates.

Very truly yours,

Paul J. Klemm, Esq.

WE ARE ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.